# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-00174-RPM-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MAURO ALVARADO-ROBLES,

        Defendant.

---

## ORDER TERMINATING PROBATION

---

    The court has been presented with a request by the probation office to terminate probation supervision unsuccessfully. It is, therefore,

    ORDERED that the term of probation be terminated unsuccessfully.

    DATED at Denver, Colorado, this _19_ day of February, 2009.

                BY THE COURT:

                Richard P. Matsch
                Senior United States District Judge