IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-00174-RPM-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MAURO ALVARADO-ROBLES,

    Defendant.

---

**ORDER QUASHING ARREST WARRANT**

---

The court has been presented with a request by the probation office to quash the warrant for the defendant's arrest issued by the Court on May 17, 2001. It is, therefore,

ORDERED that the probation violation arrest warrant issued by the Court on May 17, 2001, is hereby quashed.

DATED at Denver, Colorado, this 19th day of February, 2009.

                BY THE COURT:

                _____
                Richard P. Matsch
                Senior United States District Judge